**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
JAIRO SIMON SERRANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAIRO SIMON SERRANO, et al.,<br><br>Defendants. | 2:10-CR-00425 FCD<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Paul A. Hemesath; defendant, Jairo Simon Serrano, by and through his counsel, Erin J. Radekin; defendant, Jamie Ernesto Garcia-Alcazar, by and through his counsel, J. Toney; defendant, Jesus Bazan Alvarado, by and through his counsel, Gilbert A. Roque; defendant, Mario Lugo Sajuan, by and through his counsel, Christopher R. Cosca; defendant, Julio Cesar Xep, by and through his counsel, Shari Rusk; defendant, Luis Antonio Figueroa-Alcazar, by and through his counsel, Danny D. Brace, Jr., and defendant, Marcario Barragan Ayala, by and through his counsel, Charles E. Bauer, agree and stipulate to vacate the date set for status conference, November 15, 2010 at 10:00 a.m., in the above-captioned matter, and to continue the status conference to January 10, 2011 at 10:00 a.m. in the courtroom of the Honorable Frank C. Damrell, Jr.

The reason for this request is that additional time is needed for defendants' counsel to obtain

1 and review discovery. The Court is advised that Mr. Hemesath, Mr. Toney, Mr. Roque, Mr. Cosca, Ms. Rusk, Mr. Brace and Mr. Bauer concur with this request and have authorized Ms. Radekin to sign this stipulation on their behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until January 10, 2011 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: November 12, 2010              BENJAMIN WAGNER
                                      United States Attorney

                                  By:     /s/ Paul A. Hemesath
                                      PAUL A. HEMESATH
                                      Assistant United States Attorney

Dated: November 12, 2010                  /s/ Erin J. Radekin
                                      ERIN J. RADEKIN
                                      Attorney for Defendant
                                      JAIRO SIMON SERRANO

Dated: November 12, 2010                  /s/ J. Toney
                                      J. TONEY
                                      Attorney for Defendant
                                      JAMIE ERNESTO GARCIA-ALCAZAR

Dated: November 12, 2010                  /s/ Gilbert A. Roque
                                      GILBERT A. ROQUE
                                      Attorney for Defendant
                                      JESUS BAZAN ALVARADO

Dated: November 12, 2010                  /s/ Christopher R. Cosca
                                      CHRISTOPHER R. COSCA
                                      Attorney for Defendant
                                      MARIO LUGO SAJUAN

Dated: November 12, 2010                  /s/ Shari Rusk
                                      SHARI RUSK
                                      Attorney for Defendant
                                      JULIO CESAR XEP

1  Dated: November 12, 2010                     /s/ Danny D. Brace, Jr.
2                                              DANNY D. BRACE, JR.
                                               Attorney for Defendant
                                               LUIS ANTONIO FIGUEROA-ALCAZAR
3
   Dated: November 12, 2010                     /s/ Charles E. Bauer
4                                              CHARLES E. BAUER
                                               Attorney for Defendant
5                                              MARCARIO BARRAGAN AYALA

6

7                                           **ORDER**

8        For the reasons set forth in the accompanying stipulation and declaration of counsel, the status
9  conference date of November 15, 2010 at 10:00 a.m. is VACATED and the above-captioned matter is
10 set for status conference on January 10, 2011 at 10:00 a.m.  The Court finds excludable time in this
11 matter through January 10, 2011 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow
12 continuity of counsel and to allow reasonable time necessary for effective defense preparation.  For
13 the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the
14 request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§
15 3161(h)(7)(A), (h)(7)(B)(iv).

16 IT IS SO ORDERED.

17 Dated:  November 12, 2010

18                                              FRANK C. DAMRELL, JR.
                                               UNITED STATES DISTRICT JUDGE
19