**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
JAIRO SIMON SERRANO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>JAIRO SIMON SERRANO, et al.,<br><br>  Defendants. | **2:10-CR-00425 FCD**<br><br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Paul A. Hemesath; defendant, Jairo Simon Serrano, by and through his counsel, Erin J. Radekin; defendant, Jamie Ernesto Garcia-Alcazar, by and through his counsel, J. Toney; defendant, Jesus Bazan Alvarado, by and through his counsel, Gilbert A. Roque; defendant, Mario Lugo Sajuan, by and through his counsel, Christopher R. Cosca; defendant, Julio Cesar Xep, by and through his counsel, Shari Rusk; defendant, Luis Antonio Figueroa-Alcazar, by and through his counsel, Danny D. Brace, Jr., and defendant, Marcario Barragan Ayala, by and through his counsel, Charles E. Bauer, agree and stipulate to vacate the date set for status conference, March 7, 2011 at 10:00 a.m., in the above-captioned matter, and to continue the status conference to April 11, 2011 at 10:00 a.m. in the courtroom of the Honorable Frank C. Damrell, Jr.

The reason for this request is that additional time is needed for defense preparation and plea negotiations. The Court is advised that Mr. Hemesath, Mr. Toney, Mr. Roque, Mr. Cosca, Ms. Rusk,

Mr. Brace and Mr. Bauer concur with this request and have authorized Ms. Radekin to sign this stipulation on their behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until April 11, 2011 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: March 2, 2011                    BENJAMIN WAGNER
                                        United States Attorney

                                        By:      /s/ Paul A. Hemesath
                                        PAUL A. HEMESATH
                                        Assistant United States Attorney


Dated: March 2, 2011                           /s/ Erin J. Radekin
                                        ERIN J. RADEKIN
                                        Attorney for Defendant
                                        JAIRO SIMON SERRANO


Dated: March 2, 2011                            /s/ J. Toney
                                        J. TONEY
                                        Attorney for Defendant
                                        JAMIE ERNESTO GARCIA-ALCAZAR


Dated: March 2, 2011                           /s/ Gilbert A. Roque
                                        GILBERT A. ROQUE
                                        Attorney for Defendant
                                        JESUS BAZAN ALVARADO


Dated: March 2, 2011                          /s/ Christopher R. Cosca
                                        CHRISTOPHER R. COSCA
                                        Attorney for Defendant
                                        MARIO LUGO SAJUAN


Dated: March 2, 2011                            /s/ Shari Rusk
                                        SHARI RUSK
                                        Attorney for Defendant
                                        JULIO CESAR XEP

1  Dated: March 2, 2011                                    /s/ Danny D. Brace, Jr.
                                                           DANNY D. BRACE, JR.
2                                                          Attorney for Defendant
                                                           LUIS ANTONIO FIGUEROA-ALCAZAR
3

4  Dated: March 2, 2011                                    /s/ Charles E. Bauer
                                                           CHARLES E. BAUER
5                                                          Attorney for Defendant
                                                           MARCARIO BARRAGAN AYALA
6

7
                                              **ORDER**
8
       For the reasons set forth in the accompanying stipulation and declaration of counsel, the status
9
   conference date of March 7, 2011 at 10:00 a.m. is VACATED and the above-captioned matter is set
10
   for status conference on April 11, 2011 at 10:00 a.m.  The Court finds excludable time in this matter
11
   through April 11, 2011 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity
12
   of counsel and to allow reasonable time necessary for effective defense preparation.  For the reasons
13
   stipulated by the parties, the Court finds that the interest of justice served by granting the request
14
   outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§
15
   3161(h)(7)(A), (h)(7)(B)(iv).
16
       IT IS SO ORDERED.
17
   Dated: March 2, 2011
18                                                         FRANK C. DAMRELL, JR.
                                                           UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28