**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
JAIRO SIMON SERRANO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **2:10-CR-00425 FCD** |
| Plaintiff, | |
| v. | |
| | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| JAIRO SIMON SERRANO, | |
| Defendant. | |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Paul A. Hemesath; defendant, Jairo Simon Serrano, by and through his counsel, Erin J. Radekin; defendant, Jamie Ernesto Garcia-Alcazar, by and through his counsel, J. Toney; defendant, Jesus Bazan Alvarado, by and through his counsel, Gilbert A. Roque; defendant, Mario Lugo Sajuan, by and through his counsel, Christopher R. Cosca; defendant, Julio Cesar Xep, by and through his counsel, Shari Rusk; defendant, Luis Antonio Figueroa-Alcazar, by and through his counsel, Danny D. Brace, Jr., and defendant, Marcario Barragan Ayala, by and through his counsel, Charles E. Bauer, agree and stipulate to vacate the date set for status conference, April 11, 2011 at 10:00 a.m., in the above-captioned matter, and to continue the status conference to June 6, 2011 at 10:00 a.m. in the courtroom of the Honorable Frank C. Damrell, Jr.

The reason for this request is that additional time is needed for defense preparation and plea negotiations.  The Court is advised that Mr. Hemesath, Mr. Toney, Mr. Roque, Mr. Cosca, Ms. Rusk,

1  Mr. Brace and Mr. Bauer concur with this request and have authorized Ms. Radekin to sign this
2  stipulation on their behalf.
3      The parties further agree and stipulate that the time period from the filing of this stipulation
4  until June 6, 2011 should be excluded in computing time for commencement of trial under the Speedy
5  Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local Code T4,
6  to allow continuity of counsel and to allow reasonable time necessary for effective defense
7  preparation.  It is further agreed and stipulated that the ends of justice served in granting the request
8  outweigh the best interests of the public and the defendant in a speedy trial.
9      Accordingly, the parties respectfully request the Court adopt this proposed stipulation.
10 IT IS SO STIPULATED

11 Dated: April 8, 2011                            BENJAMIN WAGNER
                                                    United States Attorney
12
                                              By:      /s/ Paul A. Hemesath
13                                                  PAUL A. HEMESATH
                                                    Assistant United States Attorney
14

15 Dated: April 8, 2011                                /s/ Erin J. Radekin
                                                    ERIN J. RADEKIN
16                                                  Attorney for Defendant
                                                    JAIRO SIMON SERRANO
17

18 Dated: April 8, 2011                                /s/ J. Toney
                                                    J. TONEY
19                                                  Attorney for Defendant
                                                    JAMIE ERNESTO GARCIA-ALCAZAR
20

21 Dated: April 8, 2011                                /s/ Gilbert A. Roque
                                                    GILBERT A. ROQUE
22                                                  Attorney for Defendant
                                                    JESUS BAZAN ALVARADO
23

24 Dated: April 8, 2011                                /s/ Christopher R. Cosca
                                                    CHRISTOPHER R. COSCA
25                                                  Attorney for Defendant
                                                    MARIO LUGO SAJUAN
26

27 Dated: April 8, 2011                                /s/ Shari Rusk
                                                    SHARI RUSK
28                                                  Attorney for Defendant
                                                    JULIO CESAR XEP

1  Dated: April 8, 2011                               /s/ Danny D. Brace, Jr.
                                                     DANNY D. BRACE, JR.
2                                                    Attorney for Defendant
                                                     LUIS ANTONIO FIGUEROA-ALCAZAR
3

4  Dated: April 8, 2011                               /s/ Charles E. Bauer
                                                     CHARLES E. BAUER
5                                                    Attorney for Defendant
                                                     MARCARIO BARRAGAN AYALA
6

7
                                            **ORDER**
8
        For the reasons set forth in the accompanying stipulation and declaration of counsel, the status
9
   conference date of April 11, 2011 at 10:00 a.m. is VACATED and the above-captioned matter is set
10
   for status conference on June 6, 2011 at 10:00 a.m.  The Court finds excludable time in this matter
11
   through June 6, 2011 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of
12
   counsel and to allow reasonable time necessary for effective defense preparation.  For the reasons
13
   stipulated by the parties, the Court finds that the interest of justice served by granting the request
14
   outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§
15
   3161(h)(7)(A), (h)(7)(B)(iv).
16
   IT IS SO ORDERED.
17
   Dated: April 8, 2011
18

19                                                   _____
                                                     FRANK C. DAMRELL, JR.
20                                                   UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28