Shari Rusk, Bar No. 170313
Attorney at Law
188945 Broadway
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>JAIME GARCIA-ALCAZAR, et. al.,<br><br>        Defendants. | ) Case No.: CR. S-10-425 FCD<br>)<br>) STIPULATION AND ORDER TO CONTINUE<br>) STATUS CONFERENCE<br>)<br>) Court:  Hon. Frank C. Damrell, Jr.<br>) Time:   10:00 a.m.<br>) Date:   July 11, 2011<br>)<br>) |

      Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Paul A. Hemesath; defendant, Jairo Simon Serrano, by and through his counsel, Erin J. Radekin; defendant, Jamie Ernesto Garcia-Alcazar, by and through his counsel, J. Toney; defendant, Jesus Bazan Alvarado, by and through his counsel, Gilbert A. Roque; defendant, Mario Lugo Sajuan, by and through his counsel, Christopher R. Cosca; defendant, Julio Cesar Xep, by and through his counsel, Shari Rusk; defendant, Luis Antonio Figueroa-Alcazar, by and through his counsel, Danny D. Brace, Jr., and defendant, Marcario Barragan Ayala, by and through his counsel, Charles E. Bauer, agree and stipulate to vacate the date set for status conference, June 6, 2010 at 10:00 a.m., in the above-captioned matter, and to continue the status conference to July 11, 2011 at

-1-

10:00 a.m. in the courtroom of the Honorable Frank C. Damrell, Jr. The reason for this request is that additional time is needed for defendants' counsel to obtain and review discovery.  The Court is advised that Mr. Hemesath, Mr. Toney, Mr. Roque, Mr. Cosca, Ms. Radekin, Mr. Brace and Mr. Bauer concur with this request and have authorized Ms. Rusk to sign this stipulation on their behalf.

    The parties further agree and stipulate that the time period from the filing of this stipulation until July 11, 2011 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

    IT IS SO STIPULATED.

Dated: June 1, 2011
                        BENJAMIN WAGNER United States Attorney

                        By:   /s/ Paul A. Hemesath
                            PAUL A. HEMESATH
                            Assistant United States Attorney

                            /s/ Erin J. Radekin
                            ERIN J. RADEKIN
                            Attorney for Defendant
                            JAIRO SIMON SERRANO

                            /s/ J. Toney
                            J. Toney
                            Attorney for Defendant
                            JAMIE ERNESTO GARCIA-ALCAZAR

```
                              /s/ Gilbert A. Roque
                              GILBERT A. ROQUE
                              Attorney for Defendant
                              JESUS BAZAN ALVARADO

                              /s/ Christopher R. Cosca
                              CHRISTOPHER R. COSCA
                               Attorney for Defendant   MARIO LUGO SAJUAN


                              /s/ Shari Rusk
                              SHARI RUSK
                               Attorney for Defendant
                              JULIO CESAR XEP

                               /s/ Danny D. Brace, Jr.
                              DANNY D. BRACE, JR.
                              Attorney for Defendant
                              LUIS ANTONIO FIGUEROA-ALCAZAR

                               /s/ Charles E. Bauer
                              CHARLES E. BAUER
                              Attorney for Defendant
                              MARCARIO BARRAGAN AYALA
```

**ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference date of June 6, 2011 at 10:00 a.m. is VACATED and the above-captioned matter is set for status conference on July 11, 2011 at 10:00 a.m.  The Court finds excludable time in this matter through July 11, 2011 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:  June 2, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE