BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2932

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:10-cr-0425 FCD |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | |
| v. ) | DATE: August 23, 2011 |
| ) | TIME: 10:00 a.m. |
| Jaime Garcia-Alcazar, et. al., ) | COURT: Hon. Frank C. Damrell, Jr. |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Paul Hemesath, counsel for Plaintiff, defendant, Jairo Simon Serrano, by and through his counsel, Erin J. Radekin; defendant, Jamie Ernesto Garcia-Alcazar, by and through his counsel, J. Toney; defendant, Jesus Bazan Alvarado, by and through his counsel, Gilbert A. Roque; defendant, Mario Lugo Sajuan, by and through his counsel, Christopher R. Cosca; defendant, Julio Cesar Xep, by and through his counsel, Shari Rusk; and defendant, Marcario Barragan Ayala, by and through his counsel, Charles E. Bauer, agree and stipulate to vacate the date set for status conference, August 23, 2011 at 10:00 a.m., in the above-captioned matter, and to continue the

status conference to September 26, 2011 at 10:00 a.m. in the courtroom of the Honorable Frank C. Damrell, Jr.

This request is made jointly by the government and defense in order to permit time for continued preparation, including investigation which is currently in progress, and plea negotiations. The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

IT IS FURTHER STIPULATED that time be excluded between through September 26, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

Dated: August 19, 2011         /s/ Paul Hemesath
                               Paul Hemesath
                               Assistant United States Attorney
                               Counsel for Plaintiff

Dated: August 19, 2011         /s/ Erin J. Radekin
                               ERIN J. RADEKIN
                               Attorney for Defendant
                               JAIRO SIMON SERRANO

Dated: August 19, 2011         /s/ J. Toney
                               J. TONEY
                               Attorney for Defendant
                               JAMIE ERNESTO GARCIA-ALCAZAR

Dated: August 19, 2011         /s/ Gilbert A. Roque
                               GILBERT A. ROQUE
                               Attorney for Defendant
                               JESUS BAZAN ALVARADO

Dated: August 19, 2011         /s/ Christopher R. Cosca
                               CHRISTOPHER R. COSCA
                               Attorney for Defendant
                               MARIO LUGO SAJUAN

Dated: August 19, 2011         /s/ Shari Rusk
                               SHARI RUSK
                               Attorney for Defendant
                               JULIO CESAR XEP

Dated: August 19, 2011                /s/ Charles E. Bauer
                                      CHARLES E. BAUER
                                      Attorney for Defendant
                                      MARCARIO BARRAGAN AYALA

**O R D E R**

Finding that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial, **IT IS SO ORDERED.**

Dated: August 19, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE