**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
JAIRO SIMON SERRANO

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>JAIRO SIMON SERRANO,<br><br>            Defendant. | **2:10-CR-00425** MCE<br><br>**AMENDED STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Paul A. Hemesath; defendant, Jairo Simon Serrano, by and through his counsel, Erin J. Radekin; defendant, Jamie Ernesto Garcia-Alcazar, by and through his counsel, J. Toney; defendant, Jesus Bazan Alvarado, by and through his counsel, Gilbert A. Roque; defendant, Julio Cesar Xep, by and through his counsel, Shari Rusk; defendant, Luis Figueroa-Alcazar, by and through his counsel, Danny Brace, and defendant, Marcario Barragan Ayala, by and through his counsel, Charles E. Bauer, agree and stipulate to vacate the date set for status conference, September 29, 2011 at 9:00 a.m., in the above-captioned matter, and to continue the status conference to November 3, 2011 at 9:00 a.m. in the courtroom of the Honorable Morrison C. England, Jr.

The reason for this request is that additional time is needed for defense preparation and plea negotiations. The Court is advised that Mr. Hemesath, Mr. Toney, Mr. Roque, Ms. Rusk, Mr. Brace, and Mr. Bauer concur with this request and have authorized Ms. Radekin to sign this stipulation on

1  their behalf.

2         The parties further agree and stipulate that the time period from the filing of this stipulation

3  until November 3, 2011 should be excluded in computing time for commencement of trial under the

4  Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local

5  Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense

6  preparation.  It is further agreed and stipulated that the ends of justice served in granting the request

7  outweigh the best interests of the public and the defendant in a speedy trial.

8         Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

9  IT IS SO STIPULATED

10  Dated: September 27, 2011                    BENJAMIN WAGNER
                                                United States Attorney
11
                                        By:      /s/ Paul A. Hemesath
12                                              PAUL A. HEMESATH
                                                Assistant United States Attorney
13

14  Dated: September 27, 2011                       /s/ Erin J. Radekin
                                                ERIN J. RADEKIN
15                                              Attorney for Defendant
                                                JAIRO SIMON SERRANO
16

17  Dated: September 27, 2011                        /s/ J. Toney
                                                J. TONEY
18                                              Attorney for Defendant
                                                JAMIE ERNESTO GARCIA-ALCAZAR
19

20  Dated: September 27, 2011                      /s/ Gilbert A. Roque
                                                GILBERT A. ROQUE
21                                              Attorney for Defendant
                                                JESUS BAZAN ALVARADO
22

23
    Dated: September 27, 2011                       /s/ Shari Rusk
24                                              SHARI RUSK
                                                Attorney for Defendant
25                                              JULIO CESAR XEP
    / / /
26
    / /
27

28  Dated: September 27, 2011                      /s/ Danny Brace
                                                DANNY BRACE

1          Attorney for Defendant
           LUIS FIGUEROA-ALCAZAR

2

Dated: September 27, 2011          /s/ Charles E. Bauer
3          CHARLES E. BAUER
           Attorney for Defendant
4          MARCARIO BARRAGAN AYALA

5

6                              **ORDER**

7          For the reasons set forth in the accompanying stipulation and declaration of counsel, the status

8    conference date of September 29, 2011 at 9:00 a.m. is VACATED and the above-captioned matter is

9    set for status conference on November 3, 2011 at 9:00 a.m.  The Court finds excludable time in this

10   matter through November 3, 2011 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow

11   continuity of counsel and to allow reasonable time necessary for effective defense preparation.  For

12   the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the

13   request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§

14   3161(h)(7)(A), (h)(7)(B)(iv).

15          IT IS SO ORDERED.

16

17   Dated:  September 28, 2011

18

19          MORRISON C. ENGLAND, JR.
           UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28