**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
JAIRO SIMON SERRANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JAIRO SIMON SERRANO,<br><br>    Defendant. | 2:10-CR-00425 MCE<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Paul A. Hemesath; defendant, Jairo Simon Serrano, by and through his counsel, Erin J. Radekin; defendant, Jamie Ernesto Garcia-Alcazar, by and through his counsel, J. Toney; defendant, Luis Figueroa-Alcazar, by and through his counsel, Danny Brace; and defendant, Marcario Barragan Ayala, by and through his counsel, Charles E. Bauer, agree and stipulate to vacate the date set for status conference, December 1, 2011 at 9:00 a.m., in the above-captioned matter, and to continue the status conference to January 12, 2012 at 9:00 a.m. in the courtroom of the Honorable Morrison C. England, Jr.

///

///

1  The reason for this request is that additional time is needed by the above counsel for plea
2 negotiations, to discuss plea agreements with defendants, and for additional defense preparation. The
3 Court is advised that Mr. Hemesath, Mr. Toney, Mr. Brice, and Mr. Bauer concur with this request
4 and have authorized Ms. Radekin to sign this stipulation on their behalf.

5  The parties further agree and stipulate that the time period from the filing of this stipulation
6 until January 12, 2012 should be excluded in computing time for commencement of trial under the
7 Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local
8 Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense
9 preparation. It is further agreed and stipulated that the ends of justice served in granting the request
10 outweigh the best interests of the public and the defendant in a speedy trial.

11  Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

12 IT IS SO STIPULATED

13 Dated: November 29, 2011                    BENJAMIN WAGNER
                                               United States Attorney
14
                                         By:      /s/ Paul A. Hemesath
15                                             PAUL A. HEMESATH
                                               Assistant United States Attorney
16

17 Dated: November 29, 2011                         /s/ Erin J. Radekin
                                               ERIN J. RADEKIN
18                                             Attorney for Defendant
                                               JAIRO SIMON SERRANO
19

20 Dated: November 29, 2011                         /s/ J. Toney
                                               J. TONEY
21                                             Attorney for Defendant
                                               JAMIE ERNESTO GARCIA-ALCAZAR
22

23 Dated: November 29, 2011                         /s/ Danny Brace
                                               DANNY BRACE
24                                             Attorney for Defendant
                                               LUIS FIGUEROA-ALCAZAR
25

26 Dated: November 29, 2011                         /s/ Charles E. Bauer
                                               CHARLES E. BAUER
27                                             Attorney for Defendant
                                               MARCARIO BARRAGAN AYALA
28

**ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference date of December 1, 2011 at 9:00 a.m. is VACATED and the above-captioned matter is set for status conference on January 12, 2012 at 9:00 a.m.  The Court finds excludable time in this matter through January 12, 2012 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:  December 6, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE