```
BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2932
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>Luis Figueroa-Alcazar,<br><br>    Defendant. | CASE NO.  2:10-cr-00425 MCE<br><br>STIPULATION AND ORDER<br><br>DATE: May 3, 2012<br>TIME: 9:00 a.m.<br>COURT: Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Paul Hemesath, counsel for Plaintiff, and defendant Luis Figueroa-Alcazar, by and through his counsel, Danny Brace, agree and stipulate to vacate the date set for status conference, May 3, 2012, at 9:00 a.m., in the above-captioned matter, and to continue the status conference to June 14, 2012, at 9:00 a.m. in the courtroom of the Honorable Morrison C. England, Jr.

This request is made jointly by the government and defense in order to permit time for continued preparation, including investigation which is currently in progress, and plea negotiations. The parties agree that the interests of justice served by granting

1 this continuance outweigh the best interests of the public and the
2 defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).
3       IT IS FURTHER STIPULATED that time be excluded between through
4 June 14, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code
5 T-4.

7 Dated: May 3, 2012                /s/ Paul Hemesath
                                    Paul Hemesath
8                                   Assistant United States Attorney
                                    Counsel for Plaintiff

10 Dated: May 3, 2012               /s/ Danny Brace
                                    DANNY BRACE
11                                  Attorney for Defendant
                                    LUIS FIGUEROA-ALCAZAR

**O R D E R**

Finding that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial, **IT IS SO ORDERED.**

**Dated: May 4, 2012**

_____
**MORRISON C. ENGLAND, JR.**
**UNITED STATES DISTRICT JUDGE**