BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2932

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:10-cr-00425-MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | AMENDED STIPULATION AND ORDER |
| | ) | |
| Luis FIGUEROA-ALCAZAR, | ) | DATE: June 21, 2012 |
| | ) | TIME: 9:00 a.m. |
| Defendant. | ) | COURT: Morrison C. England, Jr. |
| | ) | |
| | ) | |
| | ) | |

        **IT IS HEREBY STIPULATED** by and between Assistant United

States Attorney Paul Hemesath, counsel for Plaintiff, and defendant

Luis Figueroa-Alcazar, by and through his counsel, Danny Brace, agree

and stipulate to vacate the date set for status conference, June 21,

2012, at 9:00 a.m., in the above-captioned matter, and to continue

the status conference to August 2, 2012, at 9:00 a.m. in the

courtroom of the Honorable Morrison C. England, Jr.

        This request is made jointly by the government and defense in

order to permit time for continued preparation, including

investigation which is currently in progress, and plea negotiations.

///

1

The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

IT IS FURTHER STIPULATED that time be excluded between through August 2, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.


Dated: June 19, 2012                    /s/ Paul Hemesath
                                        Paul Hemesath
                                        Assistant United States Attorney
                                        Counsel for Plaintiff

Dated: June 19, 2012                    /s/ Danny Brace
                                        DANNY BRACE
                                        Attorney for Defendant
                                        LUIS FIGUEROA-ALCAZAR


**O R D E R**

Finding that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial, **IT IS SO ORDERED.**  The status conference in this matter is continued from June 21, 2012 to August 2, 2012, at 9:00 a.m. in Courtroom No. 7.

Dated: June 21, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28