DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA 95814
(916) 552-6660
Fax: (916) 447-0592

Attorney for Luis Figueroa Alcazar

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                    )  Case No.: 2:10-CR-00425 MCE
                                             )
              Plaintiff,                     )  STIPULATION REGARDING
                                             )  EXCLUDABLE TIME PERIODS UNDER
       vs.                                   )  SPEEDY TRIAL ACT; FINDINGS AND
                                             )  ORDER
LUIS FIGUEROA-ALCAZAR,                       )
                                             )
              Defendant                      )
                                             )

       Plaintiff, United States of America, by and through its counsel of record, and the

defendant, Luis Figueroa Alcazar, by and through his counsel of record, hereby stipulate as

follows:

       1.     By previous order, this matter was set for status on December 6, 2012.

       2.     By this stipulation, the defendant now moves to continue the status conference

until January 24, 2013, and to exclude time between December 6, 2012, and January 24, 2013

under Local Code T4.  Plaintiff does not oppose this request.

       3.     The parties agree and stipulate, and request that the Court find the following:

       a.     The parties represent that defendant would like the continuance in order to enter a

plea.

       b.     Counsel for the defendant desire additional time to consult with his client to

discuss the entry of plea. Defense counsel has been in the hospital since November 20, 2012 due to a ruptured appendix and has just been released.  Defense counsel is expected to return to work a few weeks from his release.

      c.      Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d.      The government does not object to the continuance.

      e.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

      f.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 6, 2012, to January 24, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

      4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

1  Respectfully submitted,

2

3  Date:   11-28-12                              By:  /s/ Danny D. Brace, Jr.,
                                                DANNY D. BRACE, JR.,
4                                               Attorney for
                                                Luis Figueroa-Alcazar

5

6  Date:   11-28-12                              By:/s/ Paul Hemesath
7                                               Authorized to sign for Mr. Hemesath
                                                On November 28, 2012
8                                               Assistant United States Attorney
                                                PAUL HEMESATH
9                                               Assistant U.S. Attorney

10

11                               **ORDER**

12         **IT IS SO FOUND AND ORDERED.**  The status conference is continued to January 24,

13  2013.  The time period between December 6, 2012, and January 24, 2013 is excluded under

14  Local Code T4.

15

16  Dated:  December 6, 2012

17                               MORRISON C. ENGLAND, JR
18                               UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25