DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

Attorney for Luis Figueroa Alcazar

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )  Case No.: 2:10 CR 00425 MCE
                                    )
            Plaintiff,              )  STIPULATION REGARDING
                                    )  EXCLUDABLE TIME  PERIODS UNDER
                                    )  SPEEDY TRIAL ACT; FINDINGS AND
    vs.                             )  ORDER
                                    )
LUIS FIGUEROA-ALCAZAR,              )
                                    )
            Defendant               )
_____

        Plaintiff, United States of America, by and through its counsel of record, and the

defendant, Luis Figueroa Alcazar, by and through his counsel of record, hereby stipulate as

follows:

        1.      By previous order, this matter was set for status on March 14, 2013.

        2.      By this stipulation, the defendant now moves to continue the status conference

until May 2, 2013, and to exclude time between March 14, 2013 and May 2, 2013, under Local

Code T4.  Plaintiff does not oppose this request.

        3.      The parties agree and stipulate, and request that the Court find the following:

        a.      The parties represent that defendant would like the continuance in order to enter a

plea.

1

b. Counsel for the defendant desire additional time to consult with his client to discuss the entry of plea.

c. Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 14, 2013 to May 2, 2013 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Respectfully submitted,

Date:  3-13-13         By:  /s/ Danny D. Brace, Jr.,
                DANNY D. BRACE, JR.,
                Attorney for
                Luis Figueroa-Alcazar

Date:   3-13-13

By:/s/ Paul Hemesath
Authorized to sign for Mr. Hemesath
On March 13, 2013
Assistant United States Attorney
PAUL HEMESATH
Assistant U.S. Attorney

IT IS SO ORDERED.

DATED: March 14, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE